No. 04–5836. MAYJACK *v.* WOODFORD, DIRECTOR, CALIFORNIA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 9th Cir. Certiorari denied.

No. 04–5838. VAUGHAN *v.* VAUGHAN ET AL. Dist. Ct. App. Fla., 5th Dist. Certiorari denied.

No. 04–5839. PEARSON *v.* SAAR, SECRETARY, MARYLAND DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONAL SERVICES. C. A. 4th Cir. Certiorari denied.

No. 04–5842. PENDLEY *v.* DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 04–5846. HARRIS *v.* CROSBY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 04–5854. LYONS *v.* FLOYD, WARDEN, ET AL. C. A. 11th Cir. Certiorari denied.

No. 04–5856. ANDREOZZI *v.* CALIFORNIA. C. A. 9th Cir. Certiorari denied.

No. 04–5859. PARKER *v.* MEYERS. C. A. 5th Cir. Certiorari denied.

No. 04–5860. ACKLES *v.* BULLARD, WARDEN, ET AL. C. A. 11th Cir. Certiorari denied.

No. 04–5866. SPUCK *v.* DESUTA, SUPERINTENDENT, STATE REGIONAL CORRECTIONAL FACILITY AT MERCER, ET AL. C. A. 3d Cir. Certiorari denied.

No. 04–5868. BUTTI *v.* GIAMBRUNO, SUPERINTENDENT, WYOMING CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 04–5872. THOMPSON *v.* BOOKER, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 04–5885. STEWART *v.* YATES, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 04–5889. JACKSON *v.* MICHIGAN. Ct. App. Mich. Certiorari denied.